## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR320 |
| | ) | |
| vs. | ) | |
| | ) | |
| CORYION WHALEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [17].  Counsel needs additional time as the parties are attempting to resolve the matter short of trial.  For good cause shown,

**IT IS ORDERED** that Defendant's Unopposed Motion to Continue Trial [17] is granted, as follows:

1.  The jury trial, now set for March 2, 2021, is continued to **April 6, 2021.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 6, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  February 19, 2021.**

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**